**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TALAT GEORGE YALDO

       Plaintiff,

                                  CASE NO. 06-10630
v.                                 HON. LAWRENCE P. ZATKOFF
                                  MAGISTRATE JUDGE DONALD A. SCHEER

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

**<u>OPINION AND ORDER</u>**

Plaintiff filed the instant case seeking Social Security disability insurance benefits. This matter is currently before the Court on Magistrate Judge Scheer's Report and Recommendation of December 28, 2006, in which the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment be DENIED and Defendant's Motion for Summary Judgment be GRANTED. Plaintiff has filed objections to the Report and Recommendation.

After a thorough review of the transcript, the respective parties' motions, and the Report and Recommendation, and Plaintiff's objections, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court.

Accordingly, Plaintiff's Motion for Summary Judgment is DENIED and Defendant's Motion

for Summary Judgment is GRANTED.

IT IS SO ORDERED.


s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated:  February 1, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record
by electronic or U.S. mail on February 1, 2007.


s/Marie E. Verlinde
Case Manager
(810) 984-3290